211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 13−54083−pjs
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Rachael Marie Coulter
   aka Rachael Marie Vannoy
   390 Brentwood Drive
   Oxford, MI 48371−6139

Social Security No.:
   xxx−xx−8187

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENT REAFFIRMATION AGREEMENT

To the Debtor(s) and Creditor:

It has been determined that the following document(s) filed on **08/20/2013** with creditor **United Consumer Financial Serv−UCFS Kirby Cleaning System** is Non−Compliant:

Reaffirmation Agreement

is defective as indicated:

- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ Official Form B27, Reaffirmation Agreement Cover Sheet is Missing
- ☐ Original Signature Missing
- ☐ Reaffirmation Agreement is Missing
- ☐ Reaffirmation Certification by Attorney for Debtor Missing or Non−Compliant
- ☒ Attorney/Creditor's Separate Motion for Approval Missing or Non−Compliant LBR 4008−1(b)
- ☐ Pro Se Motion for Approval (Part E) Missing LBR 4008−1(c)

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the pleading may be stricken or set for hearing. When correcting the deficiency, both the Reaffirmation Agreement and the Cover Sheet must be filed together as one document and identified as **"CORRECTED."**

Dated: 8/21/13

                                                     BY THE COURT

                                                   Katherine B. Gullo , Clerk of Court
                                                   U.S. Bankruptcy Court